# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PAUL DEAN McCOURT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-1510
_____

May 8, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Jorge Leon Chalela of Jorge Leon Chalela, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.